IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
WHEELING

**WILLIAM KENT SNYDER and**
**DEBORAH SNYDER,**

    Plaintiffs,

v.                                      CIVIL ACTION NO. 5:16-CV-37
                                                     (BAILEY)

**ERGON-WEST VIRGINIA, INC.,**

    Defendant.

## ORDER DISMISSING CASE

Inasmuch as the parties have reached a settlement agreement on all matters in controversy, it is **ORDERED** that this civil action be, and the same is, hereby **DISMISSED WITH PREJUDICE** and retired from the active docket of this Court, subject to reopening on motion of any party, and for good cause shown, within ninety (90) days.

The parties need not submit any additional proposed dismissal or other final order unless it is required by law or is necessary under the terms of any agreement resolving this civil action.

It is so **ORDERED**.

The Clerk is directed to transmit copies of this Order to all counsel of record herein.

**DATED:** October 5, 2016.

                                                             JOHN PRESTON BAILEY
                                                             UNITED STATES DISTRICT JUDGE